No. 90–1145. SCARFO *v.* UNITED STATES;
No. 90–6448. VIRGILIO *v.* UNITED STATES;
No. 90–6472. SCAFIDI *v.* UNITED STATES;
No. 90–6503. PUNGITORE *v.* UNITED STATES;
No. 90–6504. STAINO *v.* UNITED STATES;
No. 90–6524. PUNGITORE ET AL. *v.* UNITED STATES;
No. 90–6833. GRANDE *v.* UNITED STATES;

No. 90–6834. CIANCAGLINI *v.* UNITED STATES; and
No. 90–7084. NARDUCCI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 910 F. 2d 1084.